UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 05 B 11119
  JAMES FORTMAN
  SUSAN FORTMAN                          CHAPTER 13

                                         JUDGE: MANUEL BARBOSA

         Debtor
  SSN XXX-XX-7003     SSN XXX-XX-9810
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 03/25/05 and confirmed on 06/23/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  30544.15 .

   4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 5152.52 | 243.72 | 5152.52 |
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6362.84 | .00 | 1958.48 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6087.95 | .00 | 1873.87 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 24114.46 | .00 | 7422.43 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1290.62 | .00 | 397.25 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | 8031.83 | .00 | 2472.20 |
| LABORATORY PHYSICIANS LL | UNSECURED | NOT FILED | .00 | .00 |
| MACNEAL HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 24371.36 | .00 | 7501.50 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| TRI CITY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 5764.65 | .00 | 1774.36 |

                Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5152.52 | .00 | 76023.71 | .00 | 81176.23 |
| PRINCIPAL PAID | 5152.52 | .00 | 23400.09 | .00 | 28552.61 |

```
INTEREST PAID                243.72           .00           .00           .00       243.72
TOTAL PAID                  5396.24           .00     23400.09           .00     28796.33
```

The Debtor's attorney, FRANK X WEINERT III                , was allowed $        .00
and was paid $        .00 .

The Trustee received $   1229.11 .

Refunds to the Debtor totaled $     518.71 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/23/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 05 B 11119 JAMES FORTMAN & SUSAN FORTMAN